IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


SOUTHEAST LABORERS HEALTH )
FUND ) No. 3-09-0757
 )
v. )
 )
A.S. STEEL MACHINERY, LLC )

O R D E R

On September 9, 2009, the plaintiff filed a "Notice of Voluntary Nonsuit" (Docket Entry No. 5), the defendant not having filed or served an answer or motion for summary judgment.

As a result, the initial case management conference, scheduled on September 28, 2009, is CANCELLED.

In accord with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required. Therefore, this case is DISMISSED without prejudice and the Clerk is directed to close this case on the records of the Court.

There will be no further proceedings before the Magistrate Judge in this case.

The Clerk is directed to mail a copy of this order to the defendant, c/o Vicki J. Aaron, Registered Agent, 709 Twin Bridges Rd., Eatonton, GA 31024, by regular, first class mail (only).

It is so ORDERED.


_____
JULIET GRIFFIN
United States Magistrate Judge